Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 14412

# United States District Court
## for the
## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Shantus Smallwood**          Case Number: **1083 6:20CR10028-018**

Sentencing Judicial Officer:  Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  04/07/2022

Original Offense:   Possession with Intent to Distribute Methamphetamine

Original Sentence:  54 Months Prison, 60 Months Supervised Release

Type of Supervision: TSR                              Date Supervision Commenced: 12/20/2023  
Asst. U.S. Attorney:  Matt Treaster                   Defense Attorney:  TBD

## PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1 | **Standard Condition #9:  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**<br><br>Mr. Smallwood received traffic citations from the Kansas Highway Patrol on 03/02/2024.  He failed to notify this officer of law enforcement contact within 72 hours. |
| 2 | **Standard Condition #5:  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**<br><br>On 03/05/2024, this officer attempted to contact Mr. Smallwood at his residence. The building manager advised that Mr. Smallwood was evicted approximately two or three weeks prior due to not paying rent. |

Prob 12C -2-
Name of Offender: Shantus Smallwood                                       Case Number: 1083 6:20CR10028-018

> Mr. Smallwood did not report a change in residence. His current address is unknown.

3 **Standard Condition #2:  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

> Mr. Smallwood was instructed to report to the probation office on 03/08/2024 at 10:00 a.m. Mr. Smallwood texted on 03/08/2024 and asked to reschedule. He was instructed to report to the probation office on 03/20/2024 at 10:00 a.m. He failed to report as instructed and did not respond to attempted telephone contact.
>
> On 04/11/2024, Mr. Smallwood called. This officer instructed him to report to the probation office today, 04/11/2024. He stated he would consult his schedule and call back to set up an appointment. He did not call again until 04/17/2024.

4 **Standard Condition #5:  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

> On 04/17/2024, Mr. Smallwood called and stated he is staying with his sister. On 04/23/2024, this officer attempted to contact Mr. Smallwood at his sister's residence. No one was home. His sister called this officer on 04/29/2024 and stated that Mr. Smallwood does not and has not been living with her.

5 **Standard Condition #5:  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

> On 04/29/2024, Mr. Smallwood called and stated he is staying with his girlfriend at her apartment. On 05/10/2024, this officer attempted to contact Mr. Smallwood at the address he provided and was advised by the resident that Mr. Smallwood does not live there. The resident did not know Mr. Smallwood or his girlfriend.

Prob 12C                           -3-
*Name of Offender: Shantus Smallwood*           Case Number: 1083 6:20CR10028-018

**6**     **Standard Condition #13: You must follow the instructions of the probation officer related to the conditions of supervision.**

On 04/29/2024, Mr. Smallwood called and stated he is staying with his girlfriend at her apartment. He was instructed to provide her address so this officer could meet him there on 05/01/2024. He failed to provide the address as instructed until 05/02/2024, the day after the scheduled appointment.

**7**     **Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

On 05/10/2024, Mr. Smallwood was instructed to meet this officer at his residence on 05/15/2024. On 05/15/2024, Mr. Smallwood advised he could not meet today due to other appointments. At approximately 9:18 a.m., he texted stating that he was available right now. This officer was unable to go directly to his residence and instructed him to report to the probation office. He then responded that he had to go to the doctor and could not report. He was instructed to report to the probation office at 9:00 a.m. on 05/16/2024.

On 05/16/2024, Mr. Smallwood failed to report as instructed. He called at 9:15 a.m. and stated he could not report because he was out of town.

U.S. Probation Officer Recommendation:

Mr. Smallwood's current address and employment status are unknown. He has repeatedly failed to report as instructed and has provided numerous false addresses. He has made himself unavailable for supervision and has avoided this officer's numerous attempts at contact.

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

Case 6:20-cr-10028-EFM   Document 1012   Filed 05/16/24   Page 3 of 4

Prob  12C  -4-
*Name of Offender:  Shantus Smallwood*  Case Number:  1083 6:20CR10028-018

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:  05/16/2024

by *(signature)*
Trindle Hough Smith
USPO

Approved:

*(signature)*
Justin Hoffman, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

*(signature)*
Signature of Judicial Officer

5/16/2024
Date