**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| v. | ) Case No. 6:20-cr-10028-EFM-18 |
| Shantus Smallwood | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shantus Smallwood,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   See attached Petition and Order.  Defendant to show cause why Supervised Release should not be revoked.

Date:  5/16/2024

s/ M. McGivern
*Issuing officer's signature*

City and state:  Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/16/24, and the person was arrested on *(date)*
at *(city and state)*  Wichita KS

Date:  06/05/24

*Arresting officer's signature*

Josh Moff
*Printed name and title*


RECEIVED
By US Marshal Service at 8:53 am, May 17, 2024