# COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
## U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 6-10-24

FILED
U.S. District Court
District of Kansas
JUN 10 2024
Clerk, U.S. District Court
By _WAM_ Deputy Clerk

United States of America,
    Plaintiff,

v.

Shawtwt Smallwood,
    Defendant.

Case No. 20-10028-EFM-18

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☐ Anderson ☐ Carter ☒ Fischer
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: C. Andrusak
DEFENSE COUNSEL: ~~Bartels~~ Mitek
TAPE NO.: 1:29 - 1:34 B

Biebighauser

## PROCEEDINGS

- ☒ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☐ Arraignment   ☐ Reading waived
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☐ Pretrial Conference
- ☐ Not Guilty Plea Entered

- ☐ Complaint ☐ Indictment ☐ Information ☒ Pet. Revoke Supervision ☐ No. Counts: ___ ☐ Forfeiture
- ☐ Felony ☐ Misdemeanor
- ☒ Charges/Viols. and penalties explained to Defendant
- ☒ Constitutional rights explained
- ☐ Defendant affirmation/sworn     ☒ Examined re: financial status     ☒ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
- ☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

- ☐ Oral Motion by Government for pretrial detention is taken under advisement.
- ☐ Oral Motion by Govt for continuance of detention hearing; granted. Defendant remanded to USM custody. Detention ordered until detention hrg.
- ☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☒ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
- ☒ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied → 6/12 @ 1:30
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
- ☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

- ☐ Release ordered
- ☐ Detention ordered
- ☐ Bond fixed at: $ _____
- ☐ Remanded to custody
- ☐ Continued on present bond/conditions

Defendant's next appearance:
- ☐ as directed before Judge _____
- ☐ per the Scheduling Order of Judge _____
- ☐ on 6/12/24 at 1:30 ☐ a.m. ☒ p.m. before Judge Severson
- for ☒ detention hearing ☐ arraignment ☒ prelim hearing ☐ _____

NOTES: remanded to custody